UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brittany J. Buckley, | Court File No. 18-cv-03124 (JNE/DTS) |
| Plaintiff, | |
| vs. | WAIVER OF THE SERVICE OF SUMMONS |
| Hennepin County; Hennepin Healthcare System, Inc.; Hennepin Healthcare Research Institute; Paramedics Anthony D'Agostino, Katherine A. Kaufmann, and Jonathan R. Thomalla, all in their individual and official capacities; William Heegaard, MD, Jon Cole, MD, Jeffrey Ho, MD, Paul Nystrom, MD, Craig Peine, MD, Karen Heim-Duthoy, PharmD, and Researches J. Does 1-10, whose identities are presently unknown to Plaintiff, all in their individual and official capacities, | |
| Defendants. | |

TO:   ZORISLAV R. LEYDERMAN.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **December 3, 2018**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

1

Hennepin County; Hennepin Healthcare System, Inc.; Hennepin Healthcare Research Institute; Paramedics Anthony D'Agostino, Katherine A. Kaufmann, and Jonathan R. Thomalla, all in their individual and official capacities; William Heegaard, MD, Jon Cole, MD, Jeffrey Ho, MD, Paul Nystrom, MD, Craig Peine, MD, and Karen Heim-Duthoy, PharmD, all in their individual and official capacities

Date: Dec 11 2018

Printed name of party waiving service of summons

Signature of attorney/unrepresented party

Katherine S. Flom
Printed name

Assistant Hennepin County Attorney
Hennepin County Attorney's Office
A-2000 Government Center
300 South Sixth Street
Minneapolis, Minnesota 55487
Address

Kate.flom@hennepin.us
Email address

(612) 596-0075
Telephone number

2