## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brittany J. Buckley,

                            Plaintiff,          Case No. 18-cv-3124 (JNE/DTS)

   vs.

Hennepin County,
Hennepin Healthcare System, Inc.;
Hennepin Healthcare Research Institute;
Paramedics Anthony D'Agostino,
Katherine A. Kaufmann, and                **ORDER**
Jonathan R. Thomalla, all in their
individual and official capacities;
William Heegaard, MD, Jon Cole, MD,
Jeffrey Ho, MD, Paul Nystrom, MD,
Craig Peine, MD, Karen Heim-Duthoy,
PharmD, and Researches J. Does 1-10,
whose identities are presently unknown to
Plaintiff, all in their individual and official
capacities,

                           Defendants.

---

This matter is before the Court pursuant to a Joint Stipulation to Postpone the Pretrial Conference scheduled for April 23, 2019 and Stay Discovery in this matter, including the parties' obligations pursuant to Fed. R. Civ. P. 26. Defendants have indicated they will be filing a dispositive motion. Accordingly, to provide the just, speedy and inexpensive determination of this action,

    **IT IS HEREBY ORDERED**:

    1.    The Joint Stipulation to Postpone the Pretrial Conference and Stay Discovery is **GRANTED.**

2.	The Pretrial Conference set for April 23, 2019 before the undersigned is hereby **CANCELLED.**  If Defendant's motion is denied, within five days of receipt of the District Court's order, the parties shall contact the chambers of Magistrate Judge David T. Schultz, by letter or email, for the purposes of scheduling a pretrial conference.

Dated: April 15, 2019				s/David T. Schultz
						DAVID T. SCHULTZ
						United States Magistrate Judge