## THE LAW OFFICE OF ZORISLAV R. LEYDERMAN
222 SOUTH 9TH STREET, SUITE 1600
MINNEAPOLIS, MN 55402
(612) 876-6626
zrl@ZRLlaw.com
www.CivilRightsMN.com

May 17, 2019

Hon. Joan N. Ericksen
United States District Court
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

**RE:   Court File No. 18-cv-03124 (JNE/DTS)**
**Buckley v. Hennepin County, et al.**

Dear Judge Ericksen:

We are submitting this joint correspondence per instructions from your chambers. On May 8, 2019, Defendants filed a Motion for Judgment on the Pleadings with supporting papers, which will be heard before your Honor on July 10, 2019. The Parties respectfully request that the briefing schedule for Defendants' motion be modified as follows:

1. Plaintiff's responsive memorandum and supporting papers shall be filed on or before May 31, 2019;
2. Defendants' reply memorandum shall be filed on or before June 14, 2019.

The Parties respectfully request that the Court approve and adopt the modified briefing scheduled set forth above. Thank you for your consideration.

Sincerely,


*s/ Zorislav R. Leyderman*
Zorislav R. Leyderman
Attorney for Plaintiff

*s/ Katherine S. Flom*
Katherine S. Flom
Attorney for Defendants