UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brittany J. Buckley, | Case No. 18-cv-3124 (JNE/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Hennepin County,<br>Hennepin Healthcare System, Inc., *et al.*, | |
| Defendants. | |

---

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing [Docket No. 27] pursuant to Minn. L.R. 5.6(d)(2).

The Joint Motion addresses two documents that were filed under temporary seal in connection with Defendants' Motion for Judgment on the Pleadings. The documents at issue, Docket Nos. 17-1 and 17-2, are medical records attached as Exhibits A and C to the Declaration of Katherine Flom. A redacted version of the Declaration is filed at Docket No. 18, and a temporarily sealed version is filed at Docket No. 17.

IT IS HEREBY ORDERED that:

1. The parties' Joint Motion Regarding Continued Sealing [Docket No. 27] is GRANTED.

2. The Clerk is directed to keep the following documents sealed: Docket Nos. 17, 17-1, and 17-2.

Dated: June 11, 2019

s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge